715 A.2d 430

Lisa WARRICK, Administratrix of the Estate of Julian Michael Warrick, Deceased, Individually and on Behalf of the Decedent's Estate and Demetrius Warrick, A minor, by his mother and natural guardian, Lisa Warrick and Julius Warrick, Petitioners,

v.

PRO COR AMBULANCE, INC. and P.A.I. Liquidating Corp. and Careline Delaware Valley, Inc. and Brian Tuck and Southeastern Pennsylvania Transportation Authority, Respondents.

Supreme Court of Pennsylvania.

Aug. 27, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 27th day of August, 1998, we **GRANT** the Petition for Allowance of Appeal limited to the issue of whether the decedent's injuries were the result of the operation of a SEPTA bus, thus making the motor vehicle exception to sovereign immunity applicable.